BARNARD et al. v. WALLACE, Ex'r, et al.

No. 30923. Jan. 26, 1943.

*133 P. 2d 542.*

John Rogers, Carter Smith, Edward H. Chandler, Summers Hardy, R. W. Garrett, Robert L. Imler, and C. H. Rosenstein, all of Tulsa, and D. A. Richardson, Charles B. Cochran, and John H. Miley, all of Oklahoma City, for plaintiffs in error.

Charles B. Rogers, W. B. Blair, John L. Ward, and John L. Ward, Jr., all of Tulsa, for defendants in error Izora Alexander Lee et al.

B. C. Franklin, W. N. Maben, and Hudson & Hudson, all of Tulsa, for defendants and cross-petitioners in error James Isaiah Wallace et al.

H. F. Fulling, of Tulsa, for cross-petitioners in error Rena Fleming et al.

Z. I. J. Holt, of Tulsa, for defendants in error and cross-petitioners Eunice Johnson et al.

F. C. Helm, of Henryetta, for defendant and cross-petitioner in error Fred Johnson.

G. C. Spillers, of Tulsa, for defendant in error and cross-petitioner in error Joseph E. Thompson.

A. H. Thomas and Harry Seaton, of Tulsa, for defendants in error Essie Mae Bruner et al.

Glenn O. Young, of Sapulpa, for defendant in error and cross-petitioner Nancy Barnett.

Hugh Webster, of Tulsa, for defendant in error and cross-petitioner Jim Payne Woods.

PER CURIAM. Following trial and judgment for interveners, Izora Alexander Lee et al., the defendants unsuccessfully sought new trial and then appealed to this court.

On the 25th day of January, 1943, there is filed and presented in this court a confession of error signed on behalf of all interested parties and presented upon appearance of their attorneys.

In such case we have held that we will examine the record, and where the allegations of error appear to be sustained, the confession of error will be taken as true. See O'Dell v. Sharp, 182 Okla. 534, 78 P. 2d 810, and Bradshaw v. Myers, decided November 24, 1942, 191 Okla. 506, 131 P. 2d 79.

This cause is therefore reversed, and remanded, with directions to the trial court to vacate the judgment heretofore rendered in that court, and release the sureties and principals on the supersedeas bond.

CORN, C. J., and RILEY, OSBORN, BAYLESS, WELCH, HURST, DAVISON, and ARNOLD, JJ., concur. GIBSON, V. C. J., absent.